UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| ZURICH AMERICAN INSURANCE COMPANY, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CAUSE NO. 3:13 CV 1109<br>) |
| MURPHY ICE & KOENEMAN, LLP f/k/a MURPHY LAW GROUP f/k/a MILLER MURPHY LLP, EDWARD L. MURPHY JR., and BENJAMIN D. ICE, | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**OPINION AND ORDER**

On October 23, 2013, the Court ordered Plaintiff Zurich American Insurance Company to clarify why this Court has diversity jurisdiction over this dispute, specifically with respect to the citizenship of the partners of Defendant Murphy Ice & Koeneman, LLP [DE 4]. Zurich has filed a supplemental jurisdictional statement asserting that the three partners of Murphy Ice & Koeneman are citizens of Indiana [DE 4 at ¶¶ 4-5]. Plaintiff Zurich is a citizen of New York and Illinois [DE 4 at ¶ 1].

Because the Defendants are diverse from the Plaintiff, the Court confirms that it has subject matter jurisdiction over this case.

**SO ORDERED.**

ENTERED: November 13, 2013

s/ Philip P. Simon
PHILIP P. SIMON, CHIEF JUDGE
UNITED STATES DISTRICT COURT